NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SEAN McMULLEN,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No.⠀⠀2D13-4144
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀⠀)
_____)

Opinion filed August 22, 2014.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry,
Judge.

Howard L. Dimmig, II, Public Defender,
and Judith Ellis, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


KELLY, Judge.


⠀⠀⠀⠀⠀Sean McMullen appeals from his judgments and sentences for burglary of

an unoccupied dwelling, dealing in stolen property, and false information on a

pawnbroker form.  We affirm his convictions and sentences but remand for correction of

a scrivener's error in Mr. McMullen's written judgment.  See Murphy v. State, 977 So. 2d

748 (Fla. 2d DCA 2008) (remanding for correction of a scrivener's error in the written judgment in an <u>Anders</u>[1] appeal).  In count I of case number 12-CF-000201, Mr. McMullen was charged with and entered a guilty plea to burglary of an unoccupied dwelling.  The judgment erroneously reflects a conviction for felony battery.

Affirmed; remanded with instructions.

SILBERMAN and VILLANTI, JJ., Concur.

---

[1]<u>Anders v. California</u>, 386 U.S. 738 (1967).